UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:00CR250(JCH) |
| ANTHONY M. NATALIZIO | : | March 14, 2005 |

UNITED STATES' MOTION FOR
PERMISSION TO DESTROY DRUG EVIDENCE

The United States respectfully seeks the Court's permission to destroy controlled substances and packaging material Bridgeport Police Department officers seized from the defendant on September 21, 2000 and that the Federal Bureau of Investigation is currently holding as evidence in this case. The drugs are: cocaine; Ecstasy tablets; diazepam tablets; and marijuana.

On September 28, 2001, the Court sentenced the defendant to 30 months' imprisonment for possessing with the intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), as charged in the captioned case and conspiring to conduct an illegal gambling business, in violation of 18 U.S.C. §§ 371 and 1955, as charged in No. 3:01CR102(JCH).

Government counsel spoke with defense counsel, Michael A. Fitzpatrick, Esq., and he has no objection to the Court granting this motion. A sample order is attached for the Court's consideration.

>                Respectfully submitted,
>
>                KEVIN J. O'CONNOR
>                UNITED STATES ATTORNEY
>
>                PETER S. JONGBLOED
>                ASSISTANT UNITED STATES ATTORNEY
>                Federal Bar No. CT03192
>                157 Church Street
>                New Haven, Connecticut  06508
>                (203) 821-3700

## CERTIFICATE OF SERVICE

This is to certify that on March 14, 2005, a copy of the foregoing United States' Motion was sent by mail, postage prepaid, to Michael A. Fitzpatrick, Esq., 10 Middle Street, 11th Floor, Bridgeport, Connecticut 06604.

>                _____
>                PETER S. JONGBLOED
>                ASSISTANT UNITED STATES ATTORNEY

- 2 -