UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:00CR250(JCH) |
| ANTHONY M. NATALIZIO | : | |

ORDER AUTHORIZING
DESTRUCTION OF DRUG EVIDENCE

Base upon motion of the Government, and with the ascent of defendant's counsel, the Federal Bureau of Investigation is authorized to destroy the cocaine, Ecstasy tablets, diazepam tablets, and marijuana, along with the packaging material, that the Federal Bureau of Investigation is currently holding as evidence in this case.

SO ORDERED this _21st__ day of March 2005, at Bridgeport, Connecticut.

_____/s/ Janet C. Halll_____
JANET C. HALL
UNITED STATES DISTRICT JUDGE