PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER (Tran. Court) |
|---|
| 3:00CR00250(JCH) |
| & 3:01CR00102(JCH) |

DOCKET NUMBER (Rec. Court)

06-60030-TP Cohn

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| NATALIZZO, ANTHONY | CONNECTICUT | BRIDGEPORT |

NAME OF SENTENCING JUDGE

The Honorable Janet C. Hall

| DATES OF SUPERVISED RELEASE: | FROM 10/18/2005 | TO 10/17/2011 |
|---|---|---|

OFFENSE

Possession With Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1)
Participating in an illegal Gambling Business; 18 U.S.C. § 1955

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Sept. 12, 2006
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept. 18, 2006
_____
Effective Date

_____
United States District Judge